UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:17-mj-01531-JSS

MATEO GOMEZ-PEREZ
_____/

**ORDER**

THIS MATTER is before the Court on the Government's Unopposed Motion for a Determination that the "Ends of Justice" Warrant a Tolling of the Speedy Indictment Deadline. (Dkt. 10.) Defendant has no objection and has filed a Waiver of Right to Speedy Indictment (Dkt. 9) through and including October 31, 2017.

Upon consideration and after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served in tolling the time in which Defendant Gomez-Perez must be charged by information or indictment on the charges in the criminal complaint as required by 18 U.S.C. § 3161(b), outweighs the best interest of the public and Defendant in having a speedy indictment and trial. The parties are currently negotiating a resolution of this matter and are working toward a plea agreement, but they need additional time to do so. A resolution that avoids indictment and trial will preserve prosecutorial, judicial, and public resources. Accordingly, it is **ORDERED** that the Government's Unopposed Motion for a Determination that the "Ends of Justice" Warrant a Tolling of the Speedy Indictment Deadline (Dkt. 10) is **GRANTED**. The time period between August 26, 2017, and October 31, 2017, shall be deemed excludable under the

Speedy Trial Act, 18 U.S.C. §§ 3161–3174.

**DONE** and **ORDERED** in Tampa, Florida, on August 24, 2017.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record